UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

PAINTERS DISTRICT COUNCIL #58
401(k) TRUST FUND, et al.,

    Plaintiffs,

v.　　　　　　　　　　　　　　　No. 3:13-cv-00814-DRH-DGW

PAUL BOLL PAINTING
DECORATING,

    Defendant.

## CONSENT JUDGMENT

**HERNDON, Chief Judge:**

The Parties having advised the Court in the premises of their mutual desire to resolve this matter, Consent Judgment is hereby entered upon the following terms:

1.    Consent Judgment is entered for Plaintiffs and against Defendant.

2.    Plaintiffs are awarded $22,473.18 pursuant to Counts I, II and III of the Complaint.

**IT IS SO ORDERED.**

**Signed this 30th day of October, 2013.**

Digitally signed by
David R. Herndon
Date: 2013.10.30
15:28:22 -05'00'

**Chief Judge**
**United States District Court**